| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) Wallace, J. Clifford | 2. Court or Organization United States Court of Appeals Ninth Circuit | 3. Date of Report May 14, 2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge Senior Status | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporting Period January 1, 2005 December 31, 2005 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address United States Courthouse 940 Front Street, #4192 San Diego, California 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 SEE ATTACHMENT | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

Wallace, J. Clifford                          Date of Report May 14, 2006

Financial Disclosure Report for 2005

I:      Positions

| Member of Executive Committee/Board of Governors | International Organization For Judicial Training |
| --- | --- |
| Senior Advisor on Legal Systems and Judicial Administration | The Asia Foundation |
| Advisor | Institute For the Study and Development of Legal Systems |
| Advisor | Thailand Judicial Training Institute |
| Advisor | ABA Center for Human Rights |
| Member | Council of Visitors of California Western School of Law |
| Member | ABA/UNDP International Legal Resource Center (ILRC) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| J. CLIFFORD WALLACE | May 14, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | PLEASE SEE ATTACHED SHEET | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

Wallace, J. Clifford                          Date May 14, 2006
Financial Disclosure Report for 2005
IV.    Reimbursements

|    | Source | Description |
|----|--------|-------------|
| 1. | IOJT (International Organization Judicial Traning) Reno, Nevada | Transportation, and Food, Expenses 12/14/05 |
| 2. | East West Management Institute Bangkok & Cambodia | Transportation, Food, Lodging, and Incidental Expenses 12/13-16/05 |
| 3. | U.S. Department of State IFES Beijing, China | Transportation, Food, Lodging, and Incidental Expenses 12/4-9/05 |
| 4. | American Bar Association Manila, Philippines | Transportation, Food, Lodging and Incidental Expenses 11/25 - 12/3/05 |
| 5. | BYU Provo, Utah | Transportation, Food, Lodging, and Incidental Expenses 10/5-7/05 |
| 6. | U.S.  Department of State People's Republic of China | Transportation, Food, Lodging, and Incidental Expenses 9/3-11/05 |
| 7. | George Mason Law School Sedona, Arizona | Transportation, Food, Lodging, and Incidental Expenses 7/14-17/05 |

Date May 14, 2006

8.    U.S. Department of State
      Bangkok, Thailand

Transportation, Food, Lodging,
and Incidental Expenses
6/11-22/05

9.    The Fred Furth Foundation
      Kiev, Ukraine

Transportation, Food, Lodging,
and Incidental Expenses
5/19-28/05

10.   The Asia Foundation
      Gold Coast, Queensland

Transportation, Food, Lodging,
and Incidental Expenses, plus
$200/day Professional Fee
3/19-25/05

11.   Church of Jesus Christ of
      Latter-Day Saints
      Australia

Transportation, Food, Lodging,
and Incidental Expenses
3/8-19/05

12.   American Bar Association
      Bangkok, Thailand

Transportation, Food, Lodging,
and Incidental Expenses
1/21-29/05

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Transwest Credit Union | | Int. | N | T | | | | | |
| 2 Valu Monitoring | | Int. | N | T | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | J. CLIFFORD WALLACE | MAY 14, 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Attached are copies of letters which I received from Judge Pratt dated July 31, 1990, and of my response thereto dated August 30, 1990, and from Judge Julian Cook, Jr., dated October 21, 1991, and of my response thereto dated November 20, 1991.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatur Date  5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Judicial Conference
of the
United States

JUL 31 [1989]

Hon. John R. Brown, Chairman

811 Vermont Avenue, N.W.
Washington, D.C. 20544

Honorable J
United States Court of Appeals
N25 United States Courthouse
40 Front Street
San Diego, California 92189

Dear Judge Wallace:

This committee reviews Financial            Reports.
committee member has reviewed your 1988 Report and has commented
the following:

"Position,
ior Advisor on Legal Systems and Judicial Administration of
Asia Foundation. The nature of that entity and the extent of
functions that you perform in connection with it cannot be
ertained from the entry in your report. It is clear,
ertheless, that you receive substantial non-investment income
m the organization. Your attention is invited to the
            Canon                    Conduct
ges, as well as to Advisory Opinions 10, 30 and 62.

Because your position in this organization may conflict with
Code of Conduct, it is requested that you furnish the
mittee with additional information reconciling your position
the proscriptions of the Code.

In Section VII, line 9, the value code used is incorrect.
monetary ranges for the applicable value codes (J-P) are set
h at the end of Section VII on the Report form. In future
rts, please use the proper codes.

May we have a response within 30 days, in three copies, with
y to the clerk of your copy, with             requested.
you for your cooperation.

Sincerely,

John C. Pratt
Chairman

For the Ninth Circuit

United States Courthouse

San Diego, California 92189

Chambers of
Clifford Wallace
Circuit Judge

August 30, 1990

Honorable John H. Pratt
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C.  20544

Dear Judge Pratt:

I have reviewed your letter dated July 31, 1990. You raise two questions pertaining to my status as Senior Advisor on Legal Systems and Judicial Administration for The Asia Foundation.

Your first question asks for information about the "nature" of The Asia Foundation. The Asia Foundation is a private American non-profit organization incorporated under the laws of the State of California. For over 30 years it has been assisting institutions, organizations, and individuals in Asia and the Pacific in ways that contribute to their development, and to the long-term foreign policy interests of the American people. A principal emphasis in the Foundation's program is the promotion of legal institutions and procedures that provide safeguards for the human rights of citizens of countries in Asia and the Pacific.

Your second questions asks for information about "the extent of the functions" that I perform. Primarily, I consult with judges and others in Asia and advise The Asia Foundation on programs to improve the administration of justice in Asian countries. At times, I also give lectures or teach while in Asia.

You have kindly called to my attention the proscriptions of the Code. I do not believe my service to The Asia Foundation violates the Code.

Very truly yours,

J. Clifford Wallace

JCW:l

Cathy Catterson, Esq.
Clerk

Judicial Ethics Committee

Judicial Conference
of the
United States

Julian Abele Cook, Jr. Chairman

Howard G. Bratton          Alan D. Lourie
Dickinson R. Debevoise      Frank J. Magill
Leonard I. Garth            James B. Moran
Horace W. Gilmore           Robert B. Propst
Carolyn Dineen King         Norman P. Ramsey
Peter K. Leisure            Eugene A. Wright
: A. Little, Jr.

811 Vermont Avenue, N.W.
Washington, D.C. 20544
(202) 786-7066
FTS: 786-7066
FAX: 786-6610

JLT 21 1991

Honorable J. Clifford Wallace
Chief Judge, United States
  Court of Appeals
4N25 United States Courthouse
940 Front Street
San Diego, California 92189

Dear Judge Wallace:

This Committee reviews Financial Disclosure Reports. A Committee Member has reviewed your 1989 Report and has commented on the following:

In Section IV, Lines 3 and 5, you have reported gifts of transportation, food and lodging received from the Liberty Fund and the Anglo/American Exchange. Please provide additional information regarding the sources and circumstances of the gifts.

In Section VII, Line 8, Subsection D, you included the purchase of a second home. Real property which is held as an investment or for the production of income should be listed in subsections (A-C) to disclose its description (city or county and state in which the property is located), income and value. In the event this is a second personal residence or a non-investment property, you are not required to disclose any information. Please provide the Committee with clarification of your interest in this property.

May we have a response within 30 days, in three copies, with information requested. Thank you for your cooperation.

Sincerely



Julian Abele Cook, Jr.
Chairman

United States Court of Appeals

for the Ninth Circuit

United States Courthouse

San Diego, California 92185

Chambers of
Clifford Wallace
Chief Judge

November 20, 1991

Honorable Julian Abele Cook, Jr.
Chairman
Judicial Ethics Committee
811 Vermont Avenue, N.W.
Washington, D.C.   20544

Dear Judge Cook:

I have reviewed your letter dated October 21, 1991, pertaining to my 1989 Financial Disclosure report.

Section IV, lines 3 and 5 - transportation, food, and lodging received from the Liberty Fund and the Anglo/American Exchange:

Liberty Fund - this is a tax-exempt, private operating foundation established to encourage study of the idea of a society of free and responsible individuals.  It conducts conferences (for people from all walks of life), publishes books, and produces films.  ▓▓▓▓▓▓▓ and I were invited to attend.  This program was entitled "Law, Liberty, and Responsible Individuals." They paid our transportation, food, and lodging while we attended the conference, and I assume they did this for every participant.

Anglo/American Exchange - I was selected by Chief Justice Rehnquist to be part of the American team of judges at this event, which occurs every three to four years.  It is a well-known conference.  I do not know the source of the money, but I am sure that Chief Justice Rehnquist, or Justice O'Connor our team leader, could enlighten you.  Do you wish further information?

Section VII, line 8, Subsection D, line 8:  This home was not purchased for investment purposes or for production of income.  This is a second personal home.  Because I was not sure whether or not it should be in the report, I decided to include it to be on the safe side.  I will not include it in the future.

Very truly yours,

J. Clifford Wallace

JCW:cpl